(1" from top of page, and centered, begin title of Court)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. __14__-CV-__62760 JEM/JG__
(Judge's Last Name/Magistrate's Last Name)

IRVIN, Mettlew

FILED BY __ik__ D.C.
DEC - 5 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(Full Name of Plaintiff/s),

Plaintiff (s)

vs. Cashmoney Records Inc, Untouchable Car Wash Millionaire Tour Company, Bryan Williams, Money Mack Music Inc

(Full Name of Defendant/s),

Defendant(s). B Williams Enterprise

## TITLE OF DOCUMENT

I, __Irvin Mettlew__ [plaintiff or defendant], in the above styled cause, Contempt the filing of federal fraud charges as well as Civil Class Action lawsuit against each of the Defendants for fraudulently without owners acknowledgement nor consent, misusing my personal identity such as social security number, name and Date of Birth to consent leasing agreement

entitling me as an incorporated member to each of these Entities.

Dated: 12-4-14
Month, day, year

Respectfully submitted,

Matthew Irvin
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

2407 NW 4ct
Street Address

Pompano Beach, Fl 33069
City, State, Zip Code

Telephone: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

IRVIN, Matthew   [specify method of service] on   12-4-14   [date]

on all counsel or parties of record on the Service List below.

MI
Signature of Filer

## SERVICE LIST

Cash Money Records Inc
Party or Attorney Name

_____
Attorney E-mail Address (if applicable)

_____
Firm Name (if applicable)

P.O Box 871121
Street Address

New Orleans, LA 70187
City, State, Zip Code

Telephone: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
[Party's Name(s)] (if applicable)


Bryan Williams
Party or Attorney Name

_____
Attorney E-mail Address (if applicable)

_____
Firm Name (if applicable)

1701 McKeen Place Apt
Street Address

Monroe, Louisiana 71201
City, State, Zip Code

Telephone: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
[Party's Name(s)] (if applicable)


3) Money Mack Music
P.O Box 871120
New Orleans, LA 70187

4) B Williams enterprise
8450 Madrid Ste B

5) Untouchable Car Wash
2518 Stanton Lane,
Slidell, LA 70460

6) ~~Mahnou~~ Millionaire Tour Company
1010 Common St. #2510
New Orleans, LA 70112

7) Ronald Williams
6200 Eastover Dr.
~~New Orleans, 70~~
New Orleans, LA 70128